UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| IN RE: | CASE NO. 11-14183-BKC-EPK *(Jointly Administered)* |
|---|---|
| ZEIGER CRANE RENTAL, INC., *et al.*, | CHAPTER 11 |
| Debtors. | |

## CERTIFICATE OF SERVICE
### [D.E.#s 47, 49, 50, 51 and 52]

**I HEREBY CERTIFY** that true and correct copies of *Debtor's Ex Parte Motion for Extension of Time Within Which to File Schedules and Statements of Financial Affairs* [D.E. #47]; *Interim Order Authorizing Use of Cash Collateral and Setting Final Hearing* [D.E. #49]; *Interim Order Granting Debtors' Emergency Motion for Order Authorizing Continued (A) Use of Existing Cash Management System, and (B) Use of Existing Business Forms* [D.E. #50]; *Order Granting Debtors' Motion for Order (A) Authorizing, But Not Requiring, the Debtor to Remit and Pay Sales, Use and Franchise Taxes and Certain Other Government Charges, and (B) Authorizing Financial Institutions to Receive, Process, Honor and Pay Checks Issued and Electronic Payment Requests Made Relating to the Foregoing* [D.E. #51]; and *Order Granting Debtors' Motion to Establish Procedures for Interim Compensation and Reimbursement of Expenses for Chapter 11 Professionals* [D.E. #52] were served electronically on the date filed, and by U.S. mail on the attached Service Lists on the 8th day of March, 2011.

*I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).*

HINSHAW & CULBERTSON, LLP
Attorneys for Debtors
One East Broward Blvd., Suite 1010
Ft. Lauderdale, FL 33301-1804
(954) 467-7900 - telephone
(954) 467-1024 – facsimile

By: __/s/Steven E. Seward__
Steven E. Seward
Florida Bar No. 29546
sseward@hinshawlaw.com

18494065v1 0920630

# Mailing Information for Case 11-14183-EPK

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- **Scott L. Baena**   sbaena@bilzin.com, eservice@bilzin.com;abeck@bilzin.com;lflores@bilzin.com
- **Blake J Delaney**   blake.delaney@bipc.com, megan.dobson@bipc.com;donna.curcio@bipc.com
- **Robert Grawl Jr**   bgrawl@financialfederal.com
- **Ross R Hartog**   rhartog@mrthlaw.com, ecfnotices@mdrtlaw.com;joyecf@mdrtlaw.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Michael D. Seese**   mseese@hinshawlaw.com, lportuondo@hinshawlaw.com;sseward@hinshawlaw.com
- **Steven E Seward**   sseward@hinshawlaw.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Timothy P. Palmer**
One Oxford Ctr
301 Grant St #20
Pittsburg, PA 15219

**Michael A Tessitore**
612 E Colonial Dr #150
Orlando, FL 32803

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## Mailing Matrix

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 11-14183-EPK<br>Southern District of Florida<br>West Palm Beach<br>Mon Mar  7 11:29:21 EST 2011 | Atlantic Leasing, Inc.<br>4651 Dyer Blvd.<br>Riviera Beach, FL 33407-1028 | Caterpillar Financial Services Corporation<br>c/o Blake J. Delaney, Esq.<br>401 E. Jackson St.<br>Suite 2500<br>Tampa, FL 33602-5236 |
| Dyer Road Property, LLC<br>4651 Dyer Blvd.<br>Riviera Beach, FL 33407-1028 | People's United Equipment Finance Corp.<br>f/k/a Financial Federal Credit Inc.<br>1300 Post Oak Blvd., Suite 1300<br>Houston, TX 77056-3018 | TCF Equipment Finance Inc.<br>c/o Michael A Tessitore<br>612 E Colonial Dr #150<br>POB 2351<br>Orlando, FL 32802-2351 |
| Zeiger Crane Rental, Inc.<br>4651 Dyer Blvd.<br>Riviera Beach, FL 33407-1028 | AT&T Advertising & Publishing<br>PO Box 105024<br>Atlanta, GA 30348-5024 | Aero Hardware & Supply, Inc.<br>300 International Parkway<br>Sunrise, FL 33325-6240 |
| All-American Welding<br>1159 49th Street NW<br>West Palm Beach, FL 33411 | Atlantic Crane Inspection Services<br>2107 S. W. Embers Terrace<br>Cape Coral, FL 33991-1359 | Banyan printing<br>1937 10th Avenue<br>North Lake Worth, FL 33461-3309 |
| Boulevard Tire Center<br>816 South Woodland Blvd.<br>Deland, FL 32720-6897 | Bridgefield Employers Ins. Co.<br>PO Box 32034<br>Lakeland, FL 33802-2034 | Certified Slings, Inc.<br>PO Box 180127<br>Casselberry, FL 32718-0127 |
| Cintas Corporation #283<br>PO Box 630910<br>Cincinnati, OH 45263-0910 | Cintas First Aid & Safety<br>FAS Lockbox 636525<br>PO Box 630910<br>Cincinnati, OH 45263-0910 | Cleveland Crane & Shovel Sales<br>26781 Cannon Road<br>Cleveland, OH 44146-1832 |
| Consolidated Rigging & Lifting<br>PO Box 3235<br>Jacksonville, FL 32206-0235 | Cummins Power South<br>PO Box 403896<br>Atlanta, GA 30384-3896 | Danny Kennedy<br>Box 88<br>Mims, FL 32754-0088 |
| Dex Imaging<br>PO Box 850001<br>Orlando, FL 32885-0001 | Dunkle's Fuel Service, Inc.<br>8220 Leo Kidd Avenue<br>Port Richey, FL 34668-6608 | Exact Crane & Equipment, LLC<br>4985 Timber Ridge Drive<br>Richfield, OH 44286-9471 |
| FCC Equipment Financing, Inc.<br>12740 Gran Bay Parkway West<br>Suite 2100<br>Jacksonville, FL 32258-5488 | Florida Brake & Truck Parts<br>1460 53rd Street<br>Mangonia Park, FL 33407-2209 | Florida Dept. of Revenue<br>Bankruptcy Section<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| G Neil<br>PO Box 451179<br>Sunrise, FL 33345-1179 | GE Capital Solutions<br>PO Box 822108<br>Philadelphia, PA 19182-2108 | Genuine Parts CO.-WPB<br>PO Box 409043<br>Atlanta, GA 30384-9043 |

| | | |
|---|---|---|
| Genuine Parts Co.-Dade City<br>PO Box 409043<br>Atlanta, GA 30384-9043 | Great America Leasing Corp.<br>PO Box 660831<br>Dallas, TX 75266-0831 | Greenberg Traurig<br>777 S. Flagler Dr., Suite 300<br>West Palm Beach, FL 33401-6167 |
| Holt Cat<br>PO Box 911975<br>Dallas, TX 75391-1975 | (p)IMPERIAL A I CREDIT COMPANIES INC<br>101 HUDSON STREET<br>34TH FLOOR<br>JERSEY CITY NJ 07302-3905 | Intercoast Computer Technology<br>PO Box 3207<br>Tequesta, FL 33469-1003 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kelly Tractor<br>PO Box 918579<br>Orlando, FL 32891-8579 |
| Kelly Tractor CO.-Parts<br>PO Box 918579<br>Orlando, FL 32891-8579 | Kelly Tractor Corporate HQ<br>8255 NW 58th Street<br>Miami, FL 33166-3493 | Lawson Products, Inc.<br>PO Box 809401<br>Chicago, IL 60680-9401 |
| NCCCO<br>NCCCO Western Regional Office<br>57 West 200 South<br>Suite 400<br>Salt Lake City, UT 84101-1632 | Naret Lawn Services<br>1598 60th Terrace S.<br>West Palm Beach, FL 33415-5424 | Neighborhood Health Partnership<br>PO Box 53 8622<br>Atlanta, GA 30353-8622 |
| Nextel Communications<br>Sprint PO Box 4181<br>Carol Stream, IL 60197 | Nextran Truck Center<br>7151 Industrial Drive<br>South Riviera Beach, FL 33404-4914 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| PITNEY BOWES GLOBAL FINANCIAL<br>PO Box 371887<br>Pittsburgh, PA 15250-7887 | Palm Beach Co. Board of Co. Commissioner<br>ERM 2300 North Jog Road<br>4th Floor<br>West Palm Beach, FL 33411 | Palm Beach Spring Co.<br>324 Sunsine Road<br>West Palm Beach, FL 33411-3616 |
| Palmdale Oil Company, Inc.<br>911 N. 2nd Street<br>Fort Pierce, FL 34950-9121 | People's United Equipment Finance Corp.<br>1300 Post Oak Blvd.<br>Suite 1300<br>Houston, TX 77056-3018 | Perm-a-Care<br>PO Box 8101<br>Delray Beach, FL 33482-8101 |
| Preferred Chemicals<br>955 25th Street<br>West Palm Beach, FL 33407-5307 | Premium Assignment Corporation<br>PO Box 3100<br>Tallahassee, FL 32315-3100 | Quality Logistics<br>PO Box 935004<br>Atlanta, GA 31193-5000 |
| Ring Power Corporation<br>PO Box 935004<br>Atlanta, GA 31193 5004 | Simses & Associates<br>400 Royal Palm Way #304<br>Palm Beach, FL 33480-4117 | Smith Alternator Inc.<br>4574 Dyer Blvd., #10<br>West Palm Beach, FL 33407-1035 |

| | | |
|---|---|---|
| Smith Alternator, Inc.<br>4574 Dyer Blvd., Suite 10<br>West Palm Beach, FL 33407-1035 | South Florida Contractor Servo<br>7061 W. Commercial Blvd., Suite 5-J<br>Tamarac, FL 33319-2144 | Special Assistant United States Atty<br>Associate Area Counsel (SBSE)<br>1114 Claude Pepper Fed. Bldg.<br>POB 9 STOP 8000<br>51 Southwest First Avenue<br>Miami, FL 33130-1608 |
| Suncoast Business Forms<br>11921 Keating Drive<br>Tampa, FL 33626-2531 | TCF Equipment Finance<br>11100 Wayzata Blvd., Suite 801<br>Minnetonka, MN 55305-5517 | TCI Tire Centers, LLC<br>357 Pike Road<br>West Palm Beach, FL 33411-3800 |
| The Honorable Eric H. Holder, Jr.<br>Attorney General of the United States<br>950 Pennsylvania Avenue, NW<br>Room 4400<br>Washington, DC 20530-0001 | The Honorable Jeffrey H. Sloman<br>Acting United States Attorney<br>Southern District of Florida<br>99 Northeast 4th Street<br>Miami, FL 33132-2131 | The Honorable John K. Clark, CFC<br>Tax Collector<br>Palm Beach County<br>P.O. Box 3715<br>West Palm Beach, FL 33402-3715 |
| Thermo King of Orlando<br>4949 N. Orange Blossom Trail<br>Orlando, FL 32810-1002 | Tire Equipment Sales Servicing<br>1696 Old Okeechobee Rd., Unit 2-1<br>West Palm Beach, FL 33409-5216 | Total Compliance Network<br>5440 NW 33rd Avenue, Suite 106<br>Fort Lauderdale, FL 33309-6333 |
| Town of Windermere<br>PO Drawer 669<br>Windermere, FL 34786-0669 | US Securities & Exchange Commission<br>Office of Reorganization<br>3475 Lenox Rd., #1000<br>Atlanta, GA 30326-3235 | United Healthcare Insurance Co.<br>DEPT. CH 10151<br>Palatine, IL 60055-0151 |
| United States Crane, Inc.<br>PO Box 593290<br>Orlando, FL 32859-3290 | Ware Oil & Supply Col., Inc.<br>2715 S. Byron Butler Parkway<br>Perry, FL 32348-6309 | Welder Services, Inc.<br>4620 Dyer Blvd.<br>West Palm Beach, FL 33407-1027 |
| Wells Fargo Equipment Finance<br>733 Marquette Avenue, Ste. 700<br>Minneapolis, MN 55402-2316 | William Munshower CPA<br>6060 Royalton Road<br>North Royalton, OH 44133-5104 | Michael D. Seese Esq.<br>1 E Broward Blvd #1010<br>Fort Lauderdale, FL 33301-1866 |
| Steven E Seward<br>1 E Broward Blvd # 1010<br>Ft lauderdale, FL 33301-1866 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Imperial Premium Finance, Inc.<br>Box 9045<br>New York, NY 10087-9045 | Internal Revenue Service<br>7850 Southwest 6th Court<br>Mail Stop 5730<br>Plantation, FL 33324 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Kelly Tractor Company          (u)West Palm Beach                    End of Label Matrix
                                                                        Mailable recipients    81
                                                                        Bypassed recipients     2
                                                                        Total                  83
```

## SERVICE LIST

Ross R. Hartog, Esq.
Markowitz, Ringle, et al.
Two Datran Center, Suite 1800
9130 South Dadeland Blvd.
Miami, FL 33156

Ford Motor Credit Co., LLC
One American Road
WHQ Room 612
Dearborn, MI 48126

Ring Power Corporation
10421 Fernhill Drive
Riverview, FL 33578
Attn: Vicki Wood

Scott Baena, Esq.
Bilzin Sumberg Baena Price &
   Axelrod, LLC
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Timothy P. Palmer, Esq.
Buchanan Ingersoll & Rooney PC
301 Grant Street
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219-1410

Robert Grawl, Esq.
People's United Equip. Fin. Co.
1300 Post Oak Blvd.
Suite 1300
Houston, TX 77056

People's United Equip. Fin. Co.
c/o Troy H. Geisser, Esq.
730 Third Avenue
New York, NY 10017